AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Roxana Chavez-Perez

WAIVER OF INDICTMENT

CASE NUMBER: 08CR2286-BTM

**FILED**
JUL 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _CF_ DEPUTY

I, Roxana Chavez Perez, the above named defendant, who is accused of Title 21, U.S.C., Sec. 952, 960 - Importation of Marijuana -

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/10/08 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Roxana L Chavez P.
**Defendant**

_signature_
**Counsel for Defendant**

Before _signature_
JUDICIAL OFFICER